Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Tyrolia DeJuan Wilson )
_____ )
_____ )
_____ )
(Enter above the full name of Plaintiff(s))  )
)
vs.  )
)
Saint Francis Community Services )
Name )
)
405 E. Iron Ave. )
Street and number )
)
Salina   Kansas   67401 )
City    State    Zip Code )

FILED

JAN 18 2018

TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

Case Number: 2:18-CV-2027-CM-TJJ
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ☒ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
    **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☒ Other (Describe)

HIPPA Violation, Retaliation, Harassment

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

803 Armstrong, Kansas City / Wyandotte County, Kansas 66101
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

June 2016 — October 2017

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☐ Yes   Date filed: _____
☒ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes   Date filed: 10/19/17
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☒ Yes  ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - ☐ failure to hire me
   - ☒ termination of my employment
   - ☒ failure to promote me
   - ☒ failure to accommodate my disability
   - ☒ terms and conditions of my employment differ from those of similar employees
   - ☒ retaliation
   - ☒ harassment
   - ☒ reduction in wages
   - ☒ other conduct (specify):

   _failure to give me company wide raise_
   _placed on leave with no pay in retaliation_

   Did you complain about this same conduct in your charge of discrimination?

   ☒ Yes   ☐ No

9. I believe that I was discriminated against because of (check all that apply):
   - ☐ my race or color, which is _____
   - ☐ my religion, which is _____
   - ☐ my national origin, which is _____
   - ☐ my gender, which is ☐ male; ☐ female
   - ☒ my disability or perceived disability, which is _Cervical Stenosis and Cluster migraines_
   - ☐ my age (my birth date is: _____)
   - ☐ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   ☒ Yes   ☐ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    _Upon hire in April 2016 I reported I was a disabled full-time student and_

3

needed reasonable accommodations. I was offered an exempt position working 32 hours weekly with full benefits. I was terminated due to Management misplacing important records but told I could return when I retrieved new documentation. I returned to work in 6 weeks. I continued to struggle with my disability but met work requirements. I reported that I was being harassed by lead Counselor to HR and 2 other managers. I refused to work 6 days weekly and was then placed on an attendance contract to work 40 hours. I was denied proper raise that all other employees received. HR suspended me without pay and attempted to deny my FMLA.
(Attach additional sheets as necessary). HIPPA Violation (Reproduced medical records)

11. The acts set forth in paragraph 10 of this complaint:
   ☒ are still being committed by Defendant.
   ☐ are no longer being committed by Defendant.
   ☐ may still be being committed by Defendant.

12.                               Plaintiff:
   ☒ still works for Defendant
   ☐ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
   ☒ Yes    ☐ No

Explain: Defendant ignored medical documentation requesting frequent breaks and no heavy lifting. Defendant attempted to deny FMLA.

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   ☐ Defendant be directed to employ Plaintiff
   ☐ Defendant be directed to re-employ Plaintiff
   ☐ Defendant be directed to promote Plaintiff
   ☒ Defendant be directed to pay raise and back pay

4

☐ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): injured did not recieve workman Comp.
☒ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: defendant to pay any and all court Fee's, lost wages, $100,000 _____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 19th day of January, 20 18.

_Tyrolia D. Wilson_
Signature of Plaintiff

_Tyrolia D. Wilson_
Name (Print or Type)

_2844 N. 79th Ter._
Address

_Kansas City, Kansas 66109_
City State Zip Code

_816 337-7163_
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka}, Kansas as the location for the trial in
(Select One Location)
this matter.

_Tyrolia D. Wilson_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury.   ☒ Yes   ☐ No
(Select One)

_Tyrolia D. Wilson_
Signature of Plaintiff

Dated: 1/19/18
(Rev. 10/15)

5